IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABDALLAH IBRAHIM BESHIR IBRAHIM, <br><br> Plaintiff, <br><br> vs. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | 4:23CV3172 <br><br> **ORDER ON JOINT STIPULATION OF RULE 41 VOLUNTARY DISMISSAL** |

This case is before the Court on the parties' Joint Stipulation of Rule 41 Voluntary Dismissal, signed by the plaintiff *pro se* and counsel for Defendant. Filing 29. The parties stipulate to dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to pay its own attorney's fees and costs because they have agreed to a settlement and that this action is now moot. Filing 29 at 1–2. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation of Rule 41 Voluntary Dismissal, Filing 29, is accepted, and this case is dismissed with prejudice, with each party to pay its own attorney's fees and costs.

Dated this 7th day of October, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1